IN THE UNITED STATES DISTRICT COURT
FOR THE Northern District of Ohio
At AKRON, Ohio

CASE No. 1:19 CV 2882

STEPHEN W. BYERLY,
PLAINTIFF,

Vs.

JAMES L. DEWEESE, et al.,
DEFENDANTS

PRAECIPERE

---

TO: CLERK OF COURT
U.S. District Court
NORTHERN District of Ohio

This is A REQUEST FOR A STAMPED FILED COPY OF THE ENCLOSED COMPLAINT, FOR SERVICE UPON DEFENDANTS, PURSUANT TO FED. R. CIV. P. RULE 4 (d). THANK YOU FOR YOUR help IN THIS MATTER.

Stephen W. Byerly