IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT AKRON

STEPHEN W. BYERLY,
 Plaintiff,

vs.

JAMES L. DeWEESE, et al.,
 Defendants.

CASE NO. 1:19-CV-2892

FILED
FEB 14 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

OBJECTION TO WAIVERS OF SUMMONS by DEFENDANTS
DeWEESE and Couch-PAGE by the
PROSECUTING ATTORNEY of Richland County, Ohio
AS A MATTER OF LAW.

Plaintiff, Stephen W. Byerly, OBJECTS ENTIRELY to the SIGNED WAIVERS OF SUMMONS OF DEFENDANTS DeWEESE and Couch-PAGE. (Exhibits 1, 2, and 3) As THE WAIVERS WERE SIGNED by Richland County, Assistant Prosecuting Attorney Jonathon C. Elgin, It is to be noted that no defendant personally waived service of summons. As REQUIRED by Fed. R. Civ. P. Rule 4(2). This signed WAIVER OF SERVICE OF SUMMONS SIGNED by a PERSON NOT A PARTY OR OFFICIALLY REPRESENTING NAMED DEFENDANTS PERSONALLY in a 42 U.S.C. 1985 Action, IS VOID AS A MATTER of law Fed. R. Civ. P. Rule 18(c). PLAINTIFF OBJECTS as HE FILED A 42 U.S.C. 1985 (2)(3) Action NOT A 1983 Action. No COURT, STATE OR FEDERAL GOVERNMENT OFFICER OR AGENT is being SUED IN THEIR OFFICIAL CAPACITY. According to Ohio law, A county Prosecuting Attorney MAY PROSECUTE NOT DEFEND all complaints, suites, and controversys in which the State by law is A party. O.R.C. 309.08; 28 U.S.C. 1652 A unpaid lawyer cannot zealously defend, personally defend parties to a 42 U.S.C. 1985. LANE v. Richards (7th C.R. 1992), 957 F. 2d, 363

Any response from the county offices the Richland County, Ohio Prosecutor's Office will be met with an amended complaint adding the county Attorney as a co-conspiritor for violating my civil right to the due process of law and FRAUD.

Defendants DeWeese and Couch-Page have until March 5, 2020, to submit a duly signed Waiver of Summons or an Answer pursuant to F.R.Civ.P. Rule 12 or Rule 4(d).

Respectfully submitted,

Stephen W. Byerly
Mr. Stephen W. Byerly, Pro Se
#A434-590
Marion Corr. Inst.
P.O. Box 57
960 Marion-Williamsport Rd.
Marion, Ohio 43301-0057

## CERTIFICATE OF SERVICE

I, Stephen W. Byerly, Plaintiff, do hereby certify that a true copy of the attached OBJECTION to Waivers of Summons by Defendants DeWeese and Couch-Page by the Prosecuting Attorney of Richland County, Ohio, as a matter of law, was sent to the Richland County Prosecutor's Office, Mr. Jonathon C. Elgin at 38 South Park Street, Second Floor, Mansfield, Ohio 44902 by First-Class, U.S. Mail, postage prepaid of February 10th 2020.

Stephen W. Byerly