UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHEN W. BYERLY, | ) | Case No.: 1:19 CV 2882 |
| | ) | |
| Plaintiff(s) | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES DEWEESE, *et al.*, | ) | |
| | ) | |
| Defendant (s) | ) | <u>ORDER OF RECUSAL</u> |

I hereby disqualify myself in proceedings in the above-captioned case pursuant to 28 U.S.C. § 455. The case is returned to the Clerk of Court for reassignment.

IT IS SO ORDERED.

                                              */s/ Solomon Oliver, Jr.*
                                              UNITED STATES DISTRICT JUDGE

February 18, 2020