UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STEPHEN W. BYERLY, | ) CASE NO.: 1:19-CV-2882 |
| Plaintiff, | ) JUDGE: SOLOMON OLIVER, JR. |
| vs. | ) **NOTICE OF APPEARANCE** |
| JAMES L. DEWEESE, et al., | ) |
| Defendants. | ) |

Now comes counsel for Defendant, Terry Hitchman, and hereby notifies the Court and all counsel of record that Attorneys Joseph F. Nicholas and Christina M. Nicholas hereby enter their appearance on behalf of said Defendant. Mazanec, Raskin & Ryder Co., L.P.A. respectfully requests that the Court and all counsel direct all notices, pleadings and other communications directly to the Joseph F. Nicholas and Christina M. Nicholas, effective immediately.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*/s/Christina M. Nicholas*
JOSEPH F. NICHOLAS, JR. (0038063)
CHRISTINA M. NICHOLAS (0091248)
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email: jnicholas@mrrlaw.com
cnicholas@mrrlaw.com

*Counsel for Defendant Terry Hitchman*

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, February 18, 2020, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Christina M. Nicholas*
JOSEPH F. NICHOLAS, JR. (0038063)
CHRISTINA M. NICHOLAS (0091248)

*Counsel for Defendant Terry Hitchman*

ASPSIC-190247/NOA - Def Hitchman (JFN, CMN)