# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| STEPHEN W. BYERLY, | : | Case No. 1:19-CV-2882 |
| Plaintiff. | : | |
| v. | : | JUDGE PATRICIA ANNE GAUGHAN |
| JAMES L. DeWEESE, et al., | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE OF COUNSEL

Now comes attorney Jonathon C. Elgin, of the Richland County Prosecuting Attorney's Office, statutory legal counsel for Defendants Bambi Couch Page, former Assistant Prosecuting Attorney, Richland County, Ohio, and James L. DeWeese and/or successor in Office, Richland County Court of Common Pleas and enters his appearance in this matter. Defendants respectfully request any further correspondence be directed through counsel at the address listed below.

Respectfully submitted,

/s/Jonathon C. Elgin
Jonathon C. Elgin, Esq. (OH 0096390)
Assistant Prosecuting Attorney
Richland County Prosecutor's Office
38 South Park Street, Second Floor
Mansfield, OH 44902
419-774-5676
jcelgin@richlandcountyoh.us

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 2nd day of March, 2020, a true and accurate copy of the foregoing MOTION TO DISMISS was served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Joseph F. Nicholas, Jr., *attorney for Defendant Terry D. Hitchman*

Any by regular U.S. mail, postage prepaid on:

Stephen W. Byerly Inmate # A434590
960 Marion-Williamsport Rd.
PO Box 57
Marion, OH 43301-0057

Robert H. Whitney, Esq.
13 Park Ave West, STE 300
Mansfield, OH 44902

/s/ Jonathon C. Elgin_____
Jonathon C. Elgin, Esq. (OH 0096390)
Assistant Prosecuting Attorney
Richland County Prosecutor's Office
38 South Park Street, Second Floor
Mansfield, OH 44902
419-774-5676
jcelgin@richlandcountyoh.us